IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOBY E. CARTER**                                                                                    **PETITIONER**
**ADC #178220**

v.                                     Case No: 4:24-cv-00103-LPR

**DEXTER PAYNE**                                                                                      **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 17) and the Petitioner's Objections (Doc. 22). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED with prejudice. A certificate of appealability will not issue. The Clerk is instructed to close this case.

IT IS SO ORDERED this 3rd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] One quibble and one serious point. First, the quibble: The Court treats the date "July 24, 2019" on page 11 of the RD as a scrivener's error and construes it to mean "July 24, 2021." Now, the serious point: In addition to everything else the RD says, the most important fact here is that, by all accounts, Petitioner was back in North Carolina state custody by February 2022 and back in Arkansas state custody by the beginning of July of 2023. The AEDPA statute of limitations did not even begin to run until October 21, 2022, and did not expire until October 23, 2023. The accidental release of Petitioner to the free world from July 24, 2021 to January of 2022 cannot plausibly be said to have impeded his ability to file a habeas petition, especially since he was back in custody by the time the AEDPA clock started, and back in Arkansas custody well before the AEDPA clock ran out.